IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**UNITED STATES OF AMERICA**                                                                     **PLAINTIFF**

v.                                                **CIVIL NO. 1:23-cv-144-TBM-RPM**

**TROY ROGERS** *and*
**MELEIA ROGERS**                                                          **DEFENDANTS**

**ORDER GRANTING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT**

This matter came before the Court on the Plaintiff's Motion [11] for Summary Judgment. At the hearing conducted in this matter on March 13, 2024, the Court, having considered the pleadings, the record, the oral arguments of counsel, and the relevant legal authority, announced its findings and conclusions. The Court concluded that the Plaintiff's Motion was well taken and should be granted.

IT IS THEREFORE ORDERED AND ADJUDGED that, for the reasons stated on the record at the hearing held on March 13, 2024, the Plaintiff's Motion [11] for Summary Judgment is GRANTED, and the United States Small Business Administration is awarded sole possession of the property located at 110 Ann Street, Long Beach, Mississippi 39560, plus the costs of this action.

IT IS FURTHER ORDERED AND ADJUDGED that the clerk of the court shall issue a Writ of Assistance authorizing and directing the United States Marshal to remove the Defendants from the property if the Defendants have not vacated the property within 14 days of the date of this Order. Any personal property left on the premises at the expiration of the 14-day vacancy period shall become the sole property of the United States Small Business Administration.

This the 15th day of March, 2024.

                                      TAYLOR B. McNEEL
                                      UNITED STATES DISTRICT JUDGE