IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

UNITED STATES OF AMERICA                                                              PLAINTIFF

v.                                                                      CIVIL NO. 1:23-cv-144-TBM-RPM

TROY ROGERS *and*
MELEIA ROGERS                                                                      DEFENDANTS

## JUDGMENT

This matter having come on to be heard on the Plaintiff's Motion [11] for Summary Judgment, the Court, after review and consideration, finds that in accord with the Order entered herewith,

IT IS ORDERED AND ADJUDGED that judgment is rendered in favor of the Plaintiff, the United States of America. The United States Small Business Administration is awarded possession of the property located at 110 Ann Street, Long Beach, Mississippi 39560, plus the costs of this action.

This the 15th day of March, 2024.

TAYLOR B. McNEEL
UNITED STATES DISTRICT JUDGE

1